IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA LETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 3:15-cv-114-TCB |
| ) | |
| EPIPHANY HEALTHCARE SYSTEM, ) | |
| INC. d/b/a ACCESSIBLE HEALTH ) | |
| CARE OF SOUTH ATLANTA and ) | |
| DICKSON OSANU, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CONSENT ORDER APPROVING SETTLEMENT

Plaintiff and Defendants filed a Consent Motion for Approval of a proposed Settlement Agreement.

Per the Settlement Agreement, the Parties have agreed that Defendants shall pay Plaintiff two payments, one on or before May 30, 2016, and the other on or before June 30, 2016. Should the Defendants fail to timely make either of the payments, Defendants authorize Plaintiff and her counsel to present a Consent Judgment for entry by the Court.

Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiff's claims under the Fair Labor Standards

Act.

The Parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the Settlement Agreement is approved. The Parties are directed to file a Joint Stipulation of Dismissal with Prejudice within five (5) days of receipt by Plaintiff of the last payment outlined in the Settlement Agreement, if and only if Plaintiff actually receives both payments on or before the due dates.

If Defendants fail to timely make either payment outlined in the Settlement Agreement, Plaintiff shall file the proposed Consent Judgment.

The parties shall bear their own costs.

SO ORDERED this the 13th day of May, 2016.

HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

**CONSENTED TO BY:**

| **COHAN LAW GROUP, LLC** | **DEREK M. WRIGHT, LLC** |
|---|---|
| *(signature)* | *(signature)* |
| LOUIS R. COHAN | DEREK M. WRIGHT |
| Georgia Bar No. 173357 | Georgia Bar No. 777740 |
| 3340 Peachtree Rd. NE, Suite 2570 | 50 Hurt Plaza, Ste. 802 |
| Atlanta, Georgia 30326 | Atlanta, Georgia 30303 |
| (404) 891-1770 (telephone) | (678) 710-8395 (telephone) |
| (404) 891-5094 (facsimile) | (678) 710-8379 (facsimile) |
| lcohan@cohanlawgroup.com | attorneyderekwright@gmail.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |